UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

In re:                                                       Case No.  10-06233-jrh
                                                                   Chapter 7
                                                                   Hon. Jeffrey R. Hughes

JOANNIE L. KRUEGER,

         Debtor.                                     **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

---

       PLEASE TAKE NOTICE that West Michigan Debt Collections, Inc., assignee of Washington Mutual Bank, a creditor in the above-captioned case, represented by the law firm of STEVEN E. BRATSCHIE & ASSOCIATES, P.C., does hereby request that notice of all pleadings and other matters arising in this case for which notice is sent, pursuant to Bankruptcy Rule 2002 or otherwise, be given to or served upon its counsel as set forth below:

Steven E. Bratschie
Steven E. Bratschie & Associates, P.C.
2180 – 44th Street SE, Suite 300
PO Box 8428
Kentwood, MI  49518-8428
Telephone No. (616) 454-6005
Facsimile No. (616) 454-6159

                              Respectfully submitted,

                              STEVEN E. BRATSCHIE & ASSOCIATES, P.C.
                              Attorneys for West Michigan Debt Collections, Inc.

Date:  June 3, 2010                By _____/s/ Steven E. Bratschie_____
                                             STEVEN E. BRATSCHIE   (P35726 )
                                 Business Address:
                                        2180 – 44th Street SE, Suite 300, PO Box 8428
                                        Kentwood, MI 49518-8428
                                        Telephone:     (616) 454-6005