FORM LTRDEC (12/09)

# United States Bankruptcy Court

Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

**DANIEL M. LAVILLE**
    **Clerk**
(616) 456–2693– Tel.
(616) 456–2919– Fax.

June 22, 2010

James R McDaniel II
The Law Office of James R McDaniel II
PO Box 89
Okemos, MI 48805–0089

In Re:   Joannie L Krueger
         Case No.:   10–06233–jrh

Attn: Debtor(s) Counsel:

   The record of this Court reflects that on May 14, 2010, you electronically filed a Chapter 7 proceeding on behalf of the above–referenced debtor(s). Pursuant to the Administrative Procedures for the Electronic Filing, Signing, Verification and Service of Documents adopted by the Court on February 3, 2004, a Debtor's Declaration Re: Electronic Filing shall be filed within seven (7) business days of the electronic filing. Further, that failure to timely file said declaration shall result in the dismissal of the proceeding without prejudice and without further notice of the Court.

   Please be advised that as of today's date the Debtor's Declaration Re: Electronic Filing has not been filed with the Court. If your file reflects that you have already filed the Debtor's Declaration, please contact me at (616) 456–2693 so that our records can be corrected. Please note that the declaration cannot be filed electronically, it must be filed conventionally with the Court.

                                                            Very truly yours,

                                                            /S/_____
                                                            B. Stewart
                                                            Deputy Clerk

XC:   Joannie L Krueger